Nancy Wassman, appellee, v. Chicago Title & Trust Company et al. Edward A. Miller, appellant. Gen. No. 36,575.

Opinion filed May 8, 1933.

Edward N. Sherburne, for appellant. Cohen, Tomas & Cohen, for appellee; George B. Cohen, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

The People of the State of Illinois ex rel. Oscar Nelson, as Auditor of Public Accounts of the State of Illinois, complainants, v. West Highland State Bank, defendant.

In re Intervening Petition of Elizabeth Doyle, appellee, v. Irwin T. Gilruth, receiver of West Highland State Bank, appellant. Gen. No. 36,593.

Opinion filed May 8, 1933. Rehearing denied May 22, 1933.

Kirkland, Fleming, Green & Martin, for appellant; Adrian L. Hoover, Dudley F. Jessopp and Eugene Swigart, of counsel. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Mrs. Jennie Taylor, appellee, v. Carl A. Carlson et al. Carl A. Carlson and Anna F. Carlson, appellants. Gen. No. 36,739.

Opinion filed May 16, 1933.

De Witt B. Bayer, for appellants. Ernest W. Clark, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Downey Coal Company, appellant, v. Tzivia Swartz, appellee. Gen. No. 36,340.

Opinion filed May 23, 1933.

William A. Rogan, for appellant; William C. Burns and James A. Carlson, of counsel. No appearance for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.